## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Brian A. Lerbakken,

    Debtor.

BKY 18-50037

Chapter 7

## ORDER

This case is before the court on the motion of Sieloff and Associates, P.A., objecting to the debtor's claim of exempt property in a 401K account with Wells Fargo and in the IRA account.

Based on the motion and the file,

**IT IS ORDERED:**

The debtor's claim of exemptions in the 401K account with Wells Fargo and in the IRA account is disallowed.

Dated:  May 15, 2018

/e/ Robert J. Kressel

United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/15/2018
Lori Vosejpka, Clerk, by AMM

{00695784.1 }